The CITY NATIONAL BANK AND TRUST COMPANY OF OKLA-HOMA CITY et al.

v.

BOARD OF GOVERNORS OF THE FED-ERAL RESERVE SYSTEM. First Oklahoma Bancorporation, Inc., Intervenor.

No. 7273.

United States Court of Appeals
Tenth Circuit.

Feb. 26, 1963.

Paul D. Lagomarcino, Washington, D. C., and V. P. Crowe and William Paul, Oklahoma City, Okl., for petitioners.

Morton Hollander and Pauline B. Heller, Dept. of Justice, Washington, D. C., for respondent.

R. C. Jopling, Jr., Oklahoma City, Okl., for intervener First Oklahoma Bancorporation, Inc.

Before MURRAH, Chief Judge, and BREITENSTEIN and SETH, Circuit Judges.

PER CURIAM.

Petition to review dismissed February 26, 1963, on motion of respondent on ground that the petition for review was not timely filed, and on suggestion of petitioners that petition for review be withdrawn.

■

UNITED STATES of America

v.

Homer H. CLARK, Jr., Executor, Estate of Helen A. Clark, deceased.

No. 7299.

United States Court of Appeals
Tenth Circuit.

April 8, 1963.

Louis F. Oberdorfer, Asst. Atty. Gen., and Lee A. Jackson, Atty., Tax Division, Dept. of Justice, Washington, D. C., and Lawrence M. Henry, U. S. Atty., Denver, Colo., for appellant.

James H. Turner, Denver, Colo., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed April 8, 1963, on motion of appellant. 209 F.Supp. 895.

■

UNITED STATES of America

v.

NAVAJO FREIGHT LINES, INC.

No. 7246.

United States Court of Appeals
Tenth Circuit.

May 28, 1963.

Alan S. Rosenthal and Terence N. Doyle, Attys., Dept. of Justice, Washington, D. C., and Arthur L. Fine, Asst. U. S. Atty., Denver, Colo., for appellant.

Barry & Boyle, Denver, Colo., for appellee.

Before PICKETT and BREITEN-STEIN, Circuit Judges.

PER CURIAM.

Appeal dismissed May 28, 1963, pursuant to stipulation of the parties. 186 F.Supp. 377.